FILED BY _____ D.C.

05 NOV -1  PM 2:45



# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division

JERRY ARNOLD

**JUDGMENT IN A CIVIL CASE**

v.

CHESTER COUNTY, et al.          CASE NUMBER: 05-1238-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

　　IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 10/28/05, this case is hereby DISMISSED for failure to state a claim upon which relief may be granted. The civil filing fee is assessed against the plaintiff, to be deducted from the plaintiff's prisoner account as instructed in 10/28/05 order. It is further CERTIFIED that, pursuant to 28 U.S.C. § 1915(a)(3), any appeal by plaintiff is not taken in good faith and plaintiff may not proceed on appeal *in forma pauperis*. If the plaintiff wishes to take advantage of the installment procedures for paying the appellate filing fee, he must comply with the procedures set out in McGore v. Wigglesworth, 114 F.3d 601, 610-11 (6th Cir. 1997) and 28 U.S.C. § 1915(b).

APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

                                    THOMAS M. GOULD
                                    CLERK

11/1/05                      BY: _Evelyn Cheau_
DATE                              DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-4-05.

5

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 1:05-CV-01238 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

Jerry Arnold
Whiteville Correctional Facility
385074
PO Box 679
Whiteville, TN 38075

Honorable James Todd
US DISTRICT COURT